UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00709-MOC-DCK

| | |
|---|---|
| **ROBERT W. TAYLOR,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | JUDGMENT |
| ) | |
| **CAROLYN W. COLVIN, acting Commissioner of Social Security,** ) ) ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the Commissioner's Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). Having considered the Commissioner's motion and reviewed the pleadings, the court enters the following Judgment.

**JUDGMENT**

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the Commissioner's Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (#11) is GRANTED, and JUDGMENT is entered proving that the final decision of the Commissioner is REVERSED, and this matter is remanded for further proceedings consistent with those outlined in the Commissioner's motion.

Signed: May 10, 2013

Max O. Cogburn Jr.
United States District Judge